# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CEDRIC D BRADLEY, )<br>*Plaintiff* )<br>v. )<br>CAROLYN W. COLVIN, )<br>*Defendant* ) | Civil Action No. 12-CV-0146-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on Motions for Summary Judgment.

Date: 07/31/2013

CLERK OF COURT

s/Linda Hansen, Deputy Clerk
Signature of Clerk or Deputy Clerk